**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1350**

PATRICIA T. PATTERSON,

                Plaintiff – Appellant,

        v.

KENNETH A. RICHSTAD, Clerk of Court,

                Defendant – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Margaret B. Seymour, District
Judge.  (0:09-cv-02051-MBS)

Submitted:  June 1, 2010          Decided:  June 10, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Patricia T. Patterson, Appellant Pro Se.   Andrew Lindemann,
DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia T. Patterson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal for the reasons stated by the district court. Patterson v. Richstad, No. 0:09-cv-02051-MBS (D.S.C. filed Mar. 5; entered Mar. 8, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED